**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **COLONIAL MEDICAL MANAGEMENT, CORP.** | * | Case No: 14-01922 (BKT) |
| | * | |
| | * | |
| Debtor | * | Chapter 11 |
| | * | |

**UNITED STATES TRUSTEE'S POSITION**
**IN COMPLIANCE WITH ORDER AT DOCKET #89**

**TO THE HONORABLE COURT**:

Guy G. Gebhardt, the Acting United States Trustee for Region 21 (the "United States Trustee"), and through the undersigned counsel respectfully states and prays as follows:

**Procedural Background**

1. On March 13, 2014, the Debtor filed its petition under Chapter 11 of the Bankruptcy Code (Dkt. #1).

2. The Debtor is a small business debtor and its main business is the operation of a Center for Diagnostics and Treatment in the Municipality of Añasco.

3. On January 8, 2015, the Court ordered "the Debtor, the U.S. Trustee, and any other parties in interest... to state their position as to whether the case should be dismissed or converted to Chapter 7" inasmuch as the Debtor failed to comply with the time requirements of 11 U.S.C. §1121(e).

## United States Trustee's Position

4. After a review of the case, the United States Trustee respectfully submits that the case should be dismissed instead of converted to Chapter 7.

**WHEREFORE**, the United States Trustee respectfully requests that this Honorable Court take note of the above, deem him in compliance with the order at Docket #89, and enter such further relief as deemed just and proper.

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this day I electronically filed a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| JOSE L BARRIOS RAMOS | jbarrios@lsphlaw.com, jowydc@yahoo.com |
| WALLY DE LA ROSA VIDAL | wdelarosa@cfse.gov.pr |
| MIGDALIA EFFIE GUASP | megbky@bppr.com, migdalia.guasp@popular.com |
| CARLOS R HERNANDEZ VIVONI | chernandez@wblawpr.com, chvivoni@gmail.com;drivera@wblawpr.com |
| MARIA S JIMENEZ MELENDEZ | attymjm@gmail.com, quiebra@prw.net |
| MONSITA LECAROZ ARRIBAS | ustpregion21.hr.ecf@usdoj.gov |
| Mario Morfi | mariomorfi@gmail.com, G6858@notify.cincompass.com |
| IVAN PASARELL JOVE | ipasarell@yahoo.com, ipasarell@gmail.com |
| MAXIMILIANO A PLA MENDEZ | map@fccplawpr.com, msp@fccplawpr.com |
| DAMARIS QUINONES VARGAS | damarisqv@bufetequinones.com, larisav@bufetequinones.com;lrios@bufetequinones.com |
| JUAN P RIVERA ROMAN | riveraroman@hotmail.com |

| | |
|---|---|
| US TRUSTEE | ustpregion21.hr.ecf@usdoj.gov |
| EDGAR ALBERTO VEGA RIVERA | edvega@bppr.com, edgar.vega@popular.com |
| EDUARDO M VERAY | eduardo.veray@popular.com, eduardoveray@gmail.com |

**I DO HEREBY FURTHER CERTIFY** that on this same date a true and exact copy of the foregoing has been sent by regular United States mail to the Debtor, **Colonial Medical Management Corp.**, through its President, **Luis Jorge Lugo Vélez**, PO Box 1716, Añasco, PR 00610; **Carlos Mellado López**, Oficina del Procurador del Paciente, Box 11247, San Juan, PR 00970-2347; and **Juan P. Rivera Román**, PO Box 7498, POnce, PR 00732.

DATED: January 12, 2015.

**GUY G. GEBHARDT**
Acting United States Trustee for Region 21

**MONSITA LECAROZ ARRIBAS**
Assistant United States Trustee

**U.S. DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
Ochoa Building
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Telephone: (787) 729-7444
Telecopier: (787) 729-7449

***(Electronically Filed)***

By: *s/ José Carlos Díaz-Vega*
José Carlos Díaz-Vega
Trial Attorney
USDC-PR # 213607